**James A. BRADY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2008–3359.

United States Court of Appeals,
Federal Circuit.

June 16, 2009.

James Brady, Key West, FL, pro se.

### ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Linda J. SANCHEZ–LOPEZ,
Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 2009–3172.

United States Court of Appeals,
Federal Circuit.

June 16, 2009.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.